JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYAZEED DOBI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>365 DISPOSAL & RECYCLING, INC., AYELET SUZI BAZON, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-09931-AB (MBKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 2, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1